## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

PAOLA ANGULO                                    Case No: 22-19436 RAM
     Debtor.                                    Chapter 13

_____/

### NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims registers and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒        No further action is necessary.

2)   The following actions have been taken:

☐   The debtor has filed an objection to the proof of claim filed by _____.

☐   The debtor has filed a modified plan to provide for the proof of claim filed by _____.

☐   Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via ECF and the debtor via U.S. Mail on June 1, 2023 .

Law Offices of Samir Masri
901 Ponce De Leon Blvd., Suite 101
Coral Gables, FL 33134
Phone:  (305) 445-3422

By:  _s/ Samir Masri_
Samir Masri, Esquire
FBN: 145513

LF-76 (rev. 12/01/09)