

ORDERED in the Southern District of Florida on August 25, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                   CASE NO: 22-19436-RAM
                                                         CHAPTER 13
PAOLA ANGULO, aka Paola Angulo Zapata,

    Debtor(s).
_____/

### AMENDED[1] ORDER DENYING IN PART
### REGIONS BANK'S MOTION TO DISMISS (ECF NO. 59)

**THIS CASE** came before the Court for a hearing on August 15, 2023 at 9:00AM upon the *Motion to Dismiss Chapter 13 Case For Failure to Modify Plan After Mortgage Modification Mediation* (ECF No. 59) (the "Motion") filed by Regions Bank, its successors and/or assigns ("Secured Creditor").  The Court being otherwise more fully advised in the premises, it is

    **ORDERED**:

    1.    The Motion (ECF No. 59) is DENIED IN PART. The Bankruptcy Case shall remain open and is not dismissed.

    2.    The automatic stay arising under 11 U.S.C. § 362 is terminated with respect to the real property located at 200 Biscayne Boulevard Way, Apt 4702, Miami, FL 33131 (the

---
[1] Amended to clarify that the case remains open and is not dismissed.

"Property"), which is legally described as:

> Condominium Unit 4702, of EPIC WEST CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded in Official Records Book 26683, at Page 3040, of the Public Records of Miami-Dade County, Florida together with an undivided share in the common elements appurtenant thereto (the "Property").

3. That the Trustee is directed to cease making any further distributions to the Secured Creditor.

###

Attorney Teresa M. Hair is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

**Submitted by:**

Teresa Hair, Esquire
Attorney for Secured Creditor
BROCK & SCOTT, PLLC
1315 Westbrook Plaza Dr
Winston Salem, NC 27103
Telephone: (954) 618-6955
Facsimile (704) 369-0760
FloridaBKLegal@brockandscott.com