**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Second _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Paola Angulo          JOINT DEBTOR: _____          CASE NO.: 22-19436 RAM

SS#: xxx-xx- 6519             SS#: xxx-xx- _____

**I.  NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

**II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

  A.  **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

  1. $186.01       for months   1  to   9  ;
  2. $22,241.82    for months  10  to  10  ;
  3. $100.00       for months  11  to  60  ;

  B.  **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $9,000.00 | Total Paid: | $1,500.00 | Balance Due: | $7,500.00 |
| Payable | $0.00 | /month (Months 1 to 9 ) | | | |
| Payable | $7,500.00 | /month (Months 10 to 10 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fee application

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.  TREATMENT OF SECURED CLAIMS**   ☐ NONE

  A.  **SECURED CLAIMS:**   ☐ NONE

  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

  1. Creditor: Regions Bank

     Address: 6200 Poplar Avenue, 4th Floor
     Memphis, TN 38119

     Arrearage/ Payoff on Petition Date  _____
     MMM Adequate Protection    $0.00       /month (Months  1  to  9  )
     MMM Adequate Protection    $10,000.00  /month (Months 10  to 10  )

LF-31 (rev. 04/01/22)

Page 1 of 3

Debtor(s): Paola Angulo                Case number: 22-19436 RAM

Last 4 Digits of Account No.: 6140
Other:

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ■ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
200 Biscayne Boulevard Way Unit 4702 Miami, FL 33131

☐ Personal Property/Vehicle
Description of Collateral:

**2. Creditor:** Miami Dade County Tax Collector
Address: 200 NW 2 Ave. Miami, FL 33128
Arrearage/ Payoff on Petition Date: 25686.49 @18% - 39,135.99
Payoff (Including 0% monthly interest): $0.00 /month (Months 1 to 9)
Payoff (Including 0% monthly interest): $2,447.63 /month (Months 10 to 10)

Last 4 Digits of Account No.: 0530
Other: POC 7 - 2022 property tax

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ■ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
200 Biscayne Boulevard Way Unit 4702 Miami, FL 33131

☐ Personal Property/Vehicle
Description of Collateral:

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Epic West Condominium Association Inc | 4702 | 200 Biscayne Boulevard Way Unit 4702 Miami, FL 33131 |
| 2. | Regions Bank | 6140 | 200 Biscayne Boulevard Way Unit 4702 Miami, FL 33131 |
| 3. | Miami Dade County Tax Collector | 0530 | 200 Biscayne Boulevard Way Unit 4702 Miami, FL 33131 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

Debtor(s): Paola Angulo    Case number: 22-19436 RAM

1. **Name:** State of Florida Dept of Revenue

   **Payment Address:** PO Box 8045, Tallahassee, FL 32314

   **Total Due:** $70.00

   **Payable** $70.00 /month (Months 10 to 10 )

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   A. Pay $90.00 /month (Months 11 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**

   ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

IX. **NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____ Date    _____ Joint Debtor    _____ Date

Paola Angulo

s/ Samir Masri    September 22, 2023    Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.

LF-31 (rev. 04/01/22)    Page 3 of 3